O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON C. BROWN, | ) |
| | ) |
|     Petitioner, | ) Case No. CV 11-4338 CAS (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| LOS ANGELES DISTRICT COURT, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
|     Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: July 19, 2011

*/s/ Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge