O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VERNON C. BROWN, | ) | Case No. CV 11-4388-CAS(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| LOS ANGELES DISTRICT COURT, | ) | |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as successive.

Dated: July 19, 2011

_____
Christina A. Snyder
United States District Judge